970 F.2d 898
 Haddad (Jenny), Wilson (Janice), Teets (Sandy), Peterson
(Ross), Hill (Janice), Webster (Tony), Frese (Douglas),
Benzo (Nicki), Bridge (Diane), Busch (Suzanne), Craig
(Jill), Ford (Esther), Fowler (Imogene), Gutilla (Fran):,
Greene (Vikki), Hasset (Nora), Heagy (Tammy), Hufnagel
(Jackie), Karshin (Brian), Kokan (Dave), Kovacs (Patti),
Macher (Vicki), Mrianov (Peggy), Niederriter (Terri),
O'Donnell (Kelli) Ord (Tom), Palmer (Linda), Patterson
(Denita), Peterson
 NO. 91-3759
 United States Court of Appeals,
Third Circuit.
 June 05, 1992
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.